No. 10M42.   WANZER v. TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ET AL.;
No. 10M43.   WANZER v. HERNANDEZ ET AL.;

No. 10M50. SETHUNYA *v.* WEBER STATE UNIVERSITY ET AL.;

No. 10M52. PARTHEMORE *v.* CALIFORNIA; and

No. 10M53. DYER *v.* STOVALL, WARDEN. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.